UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Lureatha Jackson

                        Plaintiff,

v.                                                                   Case No.: 1:19−cv−05809
                                                                     Honorable Young B. Kim

Board Of Education Of The City Of Chicago, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 1, 2021:

       MINUTE entry before the Honorable Young B. Kim: Final approval hearing held. Plaintiff's motion for approval of class action settlement [103] is granted. Enter Final Approval of Class Action Settlement. Aside from the attorneys of record, who appeared by phone, no one appeared by phone or in person to object to the terms of the class settlement. All class claims are dismissed without prejudice. The dismissal must be without prejudice at this time for the court to retain jurisdiction. The Board may move to dismiss this class matter with prejudice when appropriate. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.